**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   TONY J. LOPEZ,                    )
                                       )   No. C 04-01877 JW (PR)
12          Petitioner,                )
                                       )   ORDER GRANTING EXTENSION
13      vs.                            )   OF TIME FILE AMENDED
                                       )   PETITION
14   A. A. LAMARQUE, Warden,           )
                                       )
15          Respondent.                )   (Docket No. 16)
                                       )
16   _____

17

18          Petitioner, a prisoner at the Salinas Valley State Prison in Soledad, California,

19   filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on

20   May 12, 2004.  This Court dismissed the petition with leave to amend for failure to

21   state a cognizable claim for federal habeas relief.  Petitioner also failed to show that

22   he had exhausted his state judicial remedies prior to filing the federal habeas

23   petition.  Petitioner was granted thirty days to file an amended petition.  Petitioner

24   requested extensions of time to file an amended petition, which the Court granted.

25   Petitioner eventually filed an amended petition on May 3, 2005.  With respect to

26   unexhausted claims, petitioner stated in a letter filed March 30, 2006, that all

27

28   Order Granting Extension of Time to File and Amended Petition
     N:\Pro - Se\6.26.2007\04-01877 Lopez1877_ext to file amend.wpd

**United States District Court**

For the Northern District of California

1   previously unexhausted claims were exhausted, with the California Supreme Court's

2   denial of his state habeas petition on March 15, 2006.

3         The Court reviewed petitioner's amended petition and again found none of

4   the claims meritorious.  By order filed May 4, 2007, the Court dismissed all claims

5   except the claim of ineffective assistance of counsel.  Petitioner was given leave to

6   amend to allege ineffective assistance of counsel with respect to such advice he

7   received to accept the guilty plea.  Petitioner has now moved for an extension of

8   ninety days to file the second amended petition.

9         Petitioner's request is GRANTED IN PART.  Petitioner is granted an

10   extension of **forty-five (45) days** to file a second amended petition.  **Failure to**

11   **respond in accordance with this order will result in dismissal of this action.**

12         It is petitioner's responsibility to prosecute this case.  He must keep the Court

13   informed of any change of address by filing a separate paper with the clerk headed

14   "Notice of Change of Address."  He must comply with any orders of the Court

15   within the time allowed, or ask for an extension of that time.  Failure to do so may

16   result in the dismissal of this action for failure to prosecute pursuant to Federal Rule

17   of Civil Procedure 41(b).

18         This order terminates Docket No. 16.

19

20   DATED:    June 19 2007                   

                                    JAMES WARE

21                               United States District Judge

22

23

24

25

26

27

28   Order Granting Extension of Time to File and Amended Petition
N:\Pro - Se\6.26.2007\04-01877 Lopez1877_ext to file amend.wpd 2